GEO. F. ALGER CO. *v.* BOWERS, TAX
COMMISSIONER OF OHIO.

No. 65.   Decided October 13, 1958.

*Edmund M. Brady, Taylor C. Burneson* and *Paul D. Miller* for appellant.

*William Saxbe,* Attorney General of Ohio, *Hugh A. Sherer,* Chief Counsel, and *John M. Tobin,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

WESTLAKE HOSPITAL ASSOCIATION
ET AL. *v.* BLIX ET AL.

No. 184.   Decided October 13, 1958.

*Albert Langeluttig* and *Jack Joseph* for appellants.
*Joseph D. Block* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.